**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

|  |  |
|---|---|
| RAMOT AT TEL AVIV UNIVERSITY, <br><br>            *Plaintiff-Appellant,* <br><br>      v. <br><br> CISCO SYSTEMS INC., ACACIA COMMUNICATIONS, INC. <br><br>            *Defendants-Appellees.* | Nos. 26-1277, 26-1280 |

**RAMOT AT TEL AVIV UNIVERSITY'S MOTION FOR A 28-DAY**
**<u>EXTENSION OF TIME TO FILE ITS OPENING BRIEF</u>**

Pursuant to Federal Rule of Appellate Procedure 26(b) and this Court's Rule 26(b), Plaintiff-Appellant Ramot at Tel Aviv University ("Ramot") respectfully moves for a 28-day extension of time to file its opening brief in the above-captioned case. The opening brief is currently due on Friday, April 24, 2026. If this motion is granted, the brief will be due on Friday, May 22, 2026. This is Ramot's second request for an extension of time for this brief. The Court previously granted Ramot a 60-day extension.

Ramot's counsel informed counsel for Defendants-Appellees Cisco Systems Inc. ("Cisco") and Acacia Communications, Inc. ("Acacia") of this extension request. Counsel for Cisco and Acacia indicated that they do not oppose and will not file a response.

1

There is good cause for the requested extension. Counsel of record has been, and will remain, heavily engaged with the press of other matters before this Court and other courts. After this Court granted Ramot's first request for an extension of time, the following obligations were imposed on counsel: a rehearing petition in *Q Technologies, Inc. v. Walmart, Inc.*, No. 24-1667 (Fed. Cir.), filed on March 30, 2026; oral argument in *Vir2us, Inc. v. Sophos Inc.*, No. 25-1158 (4th Cir.) on May 7, 2026; oral argument in *VLSI Technology LLC v. Patent Quality Assurance LLC*, Nos. 23-2298, 23-2354 (Fed. Cir.), on May 8, 2026; a reply brief in *Anonymous Media Research Holdings, LLC v. Roku, Inc.*, No. 25-2129 (Fed. Cir.), due on May 22, 2026; and a reply brief in *C.R. Bard, Inc. v. Atrium Medical Corp.*, Nos. 25-5210, 25-5211 (9th Cir.), currently due on May 25, 2026.

In addition, counsel has been heavily engaged with the press of the following matters (listed in Ramot's first motion for an extension of time): oral argument in *Durr Systems, Inc. v. EFC Systems, Inc.*, No. 24-2158 (Fed. Cir.), on March 2, 2026; oral argument in *TQ Delta, LLC v. CommScope Holding Co.*, Nos. 24-1587, 24-1588 (Fed. Cir.), on March 4, 2026; a reply brief in *VideoShare, LLC v. Google LLC*, Nos. 25-1842, 25-1876 (Fed. Cir.), filed on March 5, 2026; oral argument in *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, No. 24-2203 (Fed. Cir.), on March 6, 2026; oral argument in *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, Nos. 24-2240, 24-2241 (Fed. Cir.), on March 6, 2026; a response brief in *Netlist, Inc. v. Samsung Electronics*

*Co., Ltd.*, No. 25-5531 (9th Cir.), filed on March 23, 2026; and an opening brief in *Halliburton Energy Services, Inc. v. Grant Prideco, Inc.*, Nos. 26-1256, 26-1266 (Fed. Cir.), currently due on April 20, 2026.

Additional time is also necessary because undersigned counsel did not participate in the proceedings below before the United States District Court for the District of Delaware. This case, moreover, involves an appeal of summary judgment orders implicating issues of infringement and validity related to two patents. The requested extension will allow counsel time to synthesize the complex record and issues in this case and prepare a brief that clearly and efficiently presents them to this Court.

Accordingly, Ramot respectfully requests a 28-day extension of time to file its reply brief, to and including May 22, 2026.

## CONCLUSION

Ramot's request for a 28-day extension should be granted.

April 8, 2026

Respectfully submitted,

<u>/s/ Jeffrey A. Lamken</u>

Jeffrey A. Lamken
  *Counsel of Record*
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
(202) 556-2000 (telephone)
(202) 556-2001 (fax)
jlamken@mololamken.com

*Counsel for Plaintiff-Appellant Ramot
at Tel Aviv University*

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

RAMOT AT TEL AVIV UNIVERSITY,

        *Plaintiff-Appellant,*

     v.

CISCO SYSTEMS INC., ACACIA
COMMUNICATIONS, INC.

        *Defendants-Appellees.*

Nos. 26-1277, 26-1280

**DECLARATION OF JEFFREY A. LAMKEN IN SUPPORT OF
RAMOT AT TEL AVIV UNIVERSITY'S MOTION FOR A 28-DAY
<u>EXTENSION OF TIME TO FILE ITS OPENING BRIEF</u>**

I, Jeffrey A. Lamken, hereby declare:

1.     I am a partner in the law firm MoloLamken LLP and counsel for Plaintiff-Appellant Ramot at Tel Aviv University ("Ramot"). I am over the age of 18 and have personal knowledge of the matters set forth herein.

2.     I submit this declaration in support of Ramot's Motion for a 28-Day Extension of Time To File Its Opening Brief.

3.     Counsel for Ramot has informed counsel for Defendants-Appellees Cisco Systems Inc. ("Cisco") and Acacia Communications, Inc. ("Acacia") of this extension request. Counsel for Cisco and Acacia indicated that they do not oppose and will not file a response.

5

4.      Ramot's opening brief is currently due on April 24, 2026.  If this motion is granted, the brief will be due on May 22, 2026.  Ramot has sought one previous extension of time for this brief.

5.      Undersigned counsel has been, and will remain, heavily engaged with the press of other matters before this Court and other courts.  After this Court granted Ramot's first request for an extension of time, the following obligations were imposed on counsel: a rehearing petition in *Q Technologies, Inc. v. Walmart, Inc.*, No. 24-1667 (Fed. Cir.), filed on March 30, 2026; oral argument in *Vir2us, Inc. v. Sophos Inc.*, No. 25-1158 (4th Cir.) on May 7, 2026; oral argument in *VLSI Technology LLC v. Patent Quality Assurance LLC*, Nos. 23-2298, 23-2354 (Fed. Cir.), on May 8, 2026; a reply brief in *Anonymous Media Research Holdings, LLC v. Roku, Inc.*, No. 25-2129 (Fed. Cir.), due on May 22, 2026; and a reply brief in *C.R. Bard, Inc. v. Atrium Medical Corp.*, Nos. 25-5210, 25-5211 (9th Cir.), currently due on May 25, 2026.

6.      In addition, counsel has been heavily engaged with the press of the following matters (listed in Ramot's first motion for an extension of time): oral argument *Durr Systems, Inc. v. EFC Systems, Inc.*, No. 24-2158 (Fed. Cir.), on March 2, 2026; oral argument in *TQ Delta, LLC v. CommScope Holding Co.*, Nos. 24-1587, 24-1588 (Fed. Cir.), on March 4, 2026; a reply brief in *VideoShare, LLC v. Google LLC*, Nos. 25-1842, 25-1876 (Fed. Cir.), filed on March 5, 2026; oral

argument in *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, No. 24-2203 (Fed. Cir.), on March 6, 2026; oral argument in *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, Nos. 24-2240, 24-2241 (Fed. Cir.), on March 6, 2026; a response brief in *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, No. 25-5531 (9th Cir.), filed on March 23, 2026; and an opening brief in *Halliburton Energy Services, Inc. v. Grant Prideco, Inc.*, Nos. 26-1256, 26-1266 (Fed. Cir.), currently due on April 20, 2026.

7. Additional time is also necessary because undersigned counsel did not participate in the proceedings below before the United States District Court for the District of Delaware.

8. This case, moreover, involves an appeal of summary judgment orders implicating issues of infringement and validity related to two patents. The requested extension will allow counsel time to synthesize the complex record and issues in this case and prepare a brief that clearly and efficiently presents them to this Court.

9. A 28-day extension will give counsel the necessary time to prepare Ramot's opening brief in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

April 8, 2026                            Respectfully submitted,

                                         /s/ Jeffrey A. Lamken

                                         Jeffrey A. Lamken
                                            *Counsel of Record*
                                         MOLOLAMKEN LLP
                                         The Watergate, Suite 500
                                         600 New Hampshire Avenue, N.W.
                                         Washington, D.C.  20037
                                         (202) 556-2000 (telephone)
                                         (202) 556-2001 (fax)
                                         jlamken@mololamken.com

                                         *Counsel for Plaintiff-Appellant Ramot
                                         at Tel Aviv University*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 26-1277, 26-1280

**Short Case Caption** Ramot at Tel Aviv University Ltd. v. Cisco Systems, Inc.

**Filing Party/Entity** Ramot at Tel Aviv University Ltd.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/08/2026

Signature: /s/ Jeffrey A. Lamken

Name: Jeffrey A. Lamken

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☐ None/Not Applicable |
| Ramot at Tel Aviv University Ltd. | | Tel Aviv University |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable            ☑    Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable            ☐    Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

# CERTIFICATE OF INTEREST
## Addendum to Question 4

**4.**    **Legal Representatives**.  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

The following counsel appeared for Appellant in the originating court:

**BUNSOW DE MORY**
Brenda Entzminger
Wayne M. Helge
James T. Wilson

**ASHBY & GEDDES**
Brian A. Biggs
Andrew Colin Mayo
John G. Day

The following counsel appeared for Appellee in the originating court:

**DUANE MORRIS**
Holly E. Engelmann
Joseph A. Powers
L. Norwood Jameson
Matthew C. Gaudet
Sajid Saleem

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Jack B. Blumenfeld
Jennifer Ying

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** Nos. 26-1277, 26-1280

**Short Case Caption:** Ramot at Tel Aviv University  Ltd. v. Cisco Systems, Inc.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __540__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: __04/08/2026__

Signature: /s/ Jeffrey A. Lamken

Name: Jeffrey A. Lamken

Save for Filing